IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    v.                      Civil No. 11-2126
                         Crim. No. 09-20049

CHARLES DEAN                                    DEFENDANT/PETITIONER

## **ORDER**

Now on this 28th day of September 2011, there comes on for consideration the report and recommendation filed herein on August 4, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 42). Also before the Court are Petitioner's Objections (Doc. 43).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 38) is DENIED WITH PREJUDICE as to Petitioner's claims that his attorney was ineffective for his failure to argue that his offense level should not be enhanced for being a leader/organizer and that he received a disparate sentence from that of his co-conspirators. The Motion is DENIED WITHOUT PREJUDICE in that Defendant may file a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) should Congress act to make the Fairness in Sentencing Act of 2010 retroactive.

AO72A
(Rev. 8/82)

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge