IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

    v.                    Civil No. 11-2126
                        Crim. No. 09-20049

CHARLES DEAN                                  DEFENDANT/PETITIONER

## JUDGMENT

For reasons set forth in the Order filed contemporaneously herewith and the report and recommendation (doc. 42), Petitioner's Motion (doc. 45) to Reconsider is GRANTED. Petitioner's 28 U.S.C. § 2255 motion (doc. 38) is DENIED WITH PREJUDICE as to Petitioner's claims that his attorney was ineffective for his failure to argue that his offense level should not be enhanced for being a leader/organizer and that he received a disparate sentence from that of his co-conspirators. The Motion is DENIED AS MOOT in connection with Petitioner's motion for sentence reduction. Petitioner's motion (doc. 50) for appointment of counsel is DENIED. **The parties have sixty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 23rd day of August, 2012.

                          /s/ Robert T. Dawson
                          Honorable Robert T. Dawson
                          United States District Judge